UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

JOHN FRAZER,

    Petitioner,

v.

DAVID PAUL, Warden,

    Respondent.

Civil Action No. 5: 23-235-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. John Frazer's petition [R. 1] is **DENIED**.

2. This matter is **STRICKEN** from the docket.

Entered: October 2, 2023.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY